No. 12. PRICE *v.* UNITED STATES. Certiorari, 366 U. S. 959, to the United States Court of Appeals for the District of Columbia Circuit. The motions of petitioner to dispense with printing the record and for leave to proceed further herein *in forma pauperis* are granted. *Harry I. Rand* and *Leonard B. Boudin* for petitioner. 

No. 10. WHITMAN *v.* UNITED STATES. Certiorari, 366 U. S. 959, to the United States Court of Appeals for the District of Columbia Circuit. The motion of petitioner to dispense with printing the record is granted. The motion of *Thurman Arnold* for leave to withdraw his appearance as counsel for petitioner is granted. MR. JUSTICE BRENNAN took no part in the consideration or decision of these motions. *Gerhard Van Arkel* for petitioner.

No. 13. CHAUFFEURS, TEAMSTERS & HELPERS LOCAL UNION NO. 795 ET AL. *v.* YELLOW TRANSIT FREIGHT LINES, INC., ET AL. Certiorari, 364 U. S. 931, to the United States Court of Appeals for the Tenth Circuit. The motion of the American Federation of Labor et al. for leave to file brief, as *amici curiae*, is granted. *J. Albert Woll, Theodore J. St. Antoine* and *Thomas E. Harris* on the motion.

No. 61. UNITED GAS PIPE LINE CO. *v.* IDEAL CEMENT CO. ET AL. Appeal from the United States Court of Appeals for the Fifth Circuit. (Question of jurisdiction postponed to hearing on the merits, 366 U. S. 916.) The motion of the City of Mobile for leave to participate in oral argument is granted. *Charles S. Rhyne* and *Herzel H. E. Plaine* on the motion.